DENNIS D. MILLER (SBN 138669)
EUGENE CHANG (SBN 209568)
STEIN & LUBIN LLP
600 Montgomery Street, 14th Floor
San Francisco, California 94111
Telephone:    (415) 981-0550
Facsimile:    (415) 981-4343
dmiller@steinlubin.com
echang@steinlubin.com

Attorneys for Defendant
FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANTHONY CARUSO, an Individual;
MARIA CARUSO, an Individual,

    Plaintiff,

v.

FIRST NATIONAL BANK OF
NORTHERN CALIFORNIA, et al.,

    Defendants.

Case No. C 12 5635

**NOTICE OF REMOVAL**

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

    PLEASE TAKE NOTICE that defendant First National Bank of Northern California ("FNB") hereby removes to this Court the state court action described below.

    1.    On October 3, 2012, March 21, 2012, plaintiffs Anthony Caruso and Maria Caruso (collectively, the "Carusos") commenced an action against, among others, FNB in the Superior Court of the State of California in and for the County of Santa Clara, titled *Caruso, et al. v. First National Bank of Northern California, et al.*, as Case Number 112CV233417 (the "Action").

    2.    The first date upon which FNB was allegedly served with the complaint or summons in the Action was no earlier than October 3, 2012. Removal of this Action is therefore

timely, in that FNB has filed the notice of removal within 30 days of receipt of the complaint. All process, pleadings or orders that have been delivered to FNB in the Action are attached as Exhibits 1-6 to this Notice of Removal.

The process and pleadings are as follows:

| Nos. | Filed | Action |
| --- | --- | --- |
| 1. | October 3, 2012 | Complaint for Damages, Request for Temporary Restraining Order & Preliminary Injunction and Declaratory Relief |
| 2. | October 3, 2012 | Declaration of Anthony Caruso and Maria Caruso |
| 3. | October 3, 2012 | Memorandum of Points and Authorities in Support of Ex Parte Application for a Temporary Restraining Order and Order to Show Cause Why Preliminary Injunction should not Issue |
| 4. | October 3, 2012 | Plaintiff Carusos' Ex Parte Application for Relief |
| 5. | October 3, 2012 | Order re: Plaintiff Carusos' Ex Parte Application for Relief |
| 6. | October 4, 2012 | Notice of Pendency of Action |

3. The Action also names Randy Brugioni and First American Title Insurance Company as defendants. FNB is informed and believes that Randy Brugioni and First American Title Insurance Company have not been served with the summons and complaint and have not appeared in the Action. There is no proof of service on file in the Santa Clara County Superior Court showing service of the summons and complaint on any of the defendants named in the Action.

4. **Intradistrict Assignment.** Pursuant to L.R. 3-5(b) and 3-2(d), FNB requests that the case be assigned to the San Jose Division of the Northern District of California as the case was originally filed in Santa Clara County.

5. **Jurisdiction.** The removal is based on the Carusos' claims which arise under federal law. This Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one which may be removed to this Court by FNB pursuant to the

19120067/478713v1                                    2                                         Case No.
NOTICE OF REMOVAL

1  provisions of 28 U.S.C. § 1441(a). The Carusos' Action arises under the Truth in Lending Act
2  ("TILA"), 15 U.S.C. Section 1601 *et seq.* and Regulation Z, 12 CFR Part 226, *et seq.* ("Reg Z").
3  The Carusos have alleged that FNB violated TILA and Reg Z. The Court has supplemental
4  jurisdiction over the remaining causes of action under 28 U.S.C. Section 1367. The remaining
5  state law claims are related to the above-described federal claims and arise out of a common
6  nucleus of operative facts.
7        FNB accordingly requests that the Action be removed to this Court and that this
8  Court take jurisdiction of this action to the exclusion of any further proceedings in the state court.

10 Dated: November ____, 2012            STEIN & LUBIN LLP

12                                        By: _____
                                              Dennis D. Miller
13                                            Attorneys for Defendant
                                              FIRST NATIONAL BANK OF NORTHERN
14                                            CALIFORNIA

provisions of 28 U.S.C. § 1441(a). The Carusos' Action arises under the Truth in Lending Act ("TILA"), 15 U.S.C. Section 1601 *et seq.* and Regulation Z, 12 CFR Part 226, *et seq.* ("Reg Z"). The Carusos have alleged that FNB violated TILA and Reg Z. The Court has supplemental jurisdiction over the remaining causes of action under 28 U.S.C. Section 1367. The remaining state law claims are related to the above-described federal claims and arise out of a common nucleus of operative facts.

FNB accordingly requests that the Action be removed to this Court and that this Court take jurisdiction of this action to the exclusion of any further proceedings in the state court.

Dated: November ___, 2012           STEIN & LUBIN LLP

                                    By: _____
                                    Dennis D. Miller
                                    Attorneys for Defendant
                                    FIRST NATIONAL BANK OF NORTHERN
                                    CALIFORNIA