PAUL J. SMOOT, SBN 160787
**LAW OFFICES OF PAUL J. SMOOT**
1290 Howard Avenue, Suite 303
Burlingame, California 94010
Telephone (650) 548-0900
Facsimile  (650) 548-0901

Attorneys for Plaintiffs
ANTHONY CARUSO & MARIA CARUSO

## IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT

| | |
|---|---|
| ANTHONY CARUSO, an Individual; MARIA CARUSO, an Individual, | Case No.  C 12-05635 WHA |
| Plaintiffs, | **PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)** |
| v. | |
| FNB BANCORP, a California Corporation, doing business as FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a National Banking Association; FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation; RANDY BURGIONI, an Individual; and DOES 1-10, Inclusive, | |
| Defendants. | |

PLEASE TAKE NOTICE that Plaintiffs ANTHONY CARUSO and MARIA CARUSO ("Plaintiffs"), pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismiss all claims in this action without prejudice as to all Defendants, *i.e.*, FNB BANCORP, a California Corporation, doing business as FIRST NATIONAL BANK OF NORTHERN CALIFORNIA, a National Banking Association; FIRST AMERICAN TITLE INSURANCE COMPANY, a California Corporation; RANDY BURGIONI, an Individual.

/ / /

/ / /

1    Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

2          (a) Voluntary Dismissal.

3                (1) By the Plaintiff.

4                      (A) Without a Court Order. Subject to Rules 23(e), 23.1(c), 23.2,

5                      and 66 and any applicable federal statute, the plaintiff may dismiss

6                      an action without a court order by filing:

7                            (i) a notice of dismissal before the opposing party serves

8                            either an answer or a motion for summary judgment * * *

9          Defendants have neither answered Plaintiff's Complaint, nor filed a motion for summary

10   judgment. Accordingly, this matter may be dismissed without prejudice and without an Order of

11   the Court.

12   Dated: January 27, 2013                          **LAW OFFICES OF PAUL J. SMOOT**

13

14                                                    /s/ Paul J. Smoot
                                                      Paul J. Smoot, Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)

MATTER:      CARUSO v. FNB BANCORP, et al.   Case No.  C 12-05635 WHA

## CERTIFICATE OF SERVICE

    I, Paul J. Smoot, certify as follows:

    I am over eighteen years of age and not a party to the within action.  My business address is 1290 Howard Avenue, Suite 303, Burlingame, CA  94402.  I am employed in San Mateo County, California. On January 27, 2013, I, Paul J. Smoot, an attorney, certify that I  served the above and foregoing Plaintiffs' Notice of Voluntary Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1), by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, on this the 27th day of January, 2013.

Dennis David Miller
Stein & Lubin LLP
600 Montgomery Street, 14th Floor
San Francisco, CA 94111
415-981-0550
Fax: 415-981-4343
Email: dmiller@steinlubin.com
ATTORNEY TO BE NOTICED

Eugene Chang
Stein & Lubin LLP
600 Montgomery Street
14th Floor
San Francisco, CA 94111
(415) 981-0550
Fax: (415) 981-4343
Email: echang@steinlubin.com
ATTORNEY TO BE NOTICED

                        /s/ Paul J. Smoot

                        Paul J. Smoot

PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT
TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)